**Roosevelt SCOTT, Appellant,**

v.

**Lynette REDDEN; Unknown Ketcher; Corporal Perez; Unknown Miller; Unknown Sanchez; Unknown Corey; Unknown Jensen; Woodbury County, Iowa, Appellees.**

No. 01–3011.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2002.

Filed March 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Roosevelt Scott appeals from the district court's [1] judgment for defendants after a jury trial in his 42 U.S.C. § 1983 lawsuit. On appeal, Scott has neither identified any alleged error by the district court nor provided a trial transcript or requested one at government expense. *See* Fed. R.App. P. 10(b) (discussing appellant's duty to order transcript); *Primary Care Investors, Sev-*

*en, Inc. v. PHP Healthcare Corp.,* 986 F.2d 1208, 1212 (8th Cir.1993) (unspecific assertions of error are waived); *Schmid v. United Bhd. of Carpenters & Joiners,* 827 F.2d 384, 386 (8th Cir.1987) (per curiam) (claims of error related to verdict being against weight of evidence are unreviewable without transcript), *cert. denied,* 484 U.S. 1071, 108 S.Ct. 1041, 98 L.Ed.2d 1004 (1988). Because this was a civil trial, Scott's argument that he was denied effective assistance of counsel fails. *See Glick v. Henderson,* 855 F.2d 536, 541 (8th Cir. 1988).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).